MR, Ronald Lee Alexander SR.   12,025-02,03,04,
#830441          4F28B                05,06,07,08
Mark W. Stiler Unit
3060 Fm 3514
Beaumont, Tk 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

November 6, 2015

Re: Requesting all documents/writs/decision
files in cause no# 779738 from the
176th Dist. court in Roncld L. Alexander

Honorable Clerk

I Am requesting the deposition and decisions in all writs
that was filed in this court under cause no# 279738 -
from the 176th District court Judge Brien Rains, in Harris
County - Houston, Texas.
                    Thanks for your Assistent!
                            Sincerely,
                            Ronal L. Alexander Sr.
                       #830441    Stiles unit